UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
       §
       §
CYBER SOLUTIONS INTERNATIONAL, INC. §   Case No. 09-33341
       §
       Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_, for a total compensation of $\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Frances Gecker_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 09-33341 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CYBER SOLUTIONS INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 09/09/2009 (f) |
| | | | | | 341(a) Meeting Date: | 10/22/2009 |
| For Period Ending: | 06/04/2015 | | | | Claims Bar Date: | 12/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY: 471 PODLIN DRIVE, FRANKLIN PA | 1,000,000.00 | 81,210.91 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - HARRIS BANK | 400.00 | 400.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - BANK OF AMERCA | 100.00 | 100.00 | | 0.00 | FA |
| 4. 2 COMPUTERS, PRINTERS AND MONITORS, 2 GRANITE DESK | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE | 930,932.52 | 930,932.52 | | 0.00 | FA |
| 6. 2008 TAX RETURN NOT YET FILED | Unknown | 0.00 | | 0.00 | FA |
| 7. 2005 FORD TRUCK (57,000 MILES) | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 8. 2000 INTERNATIONAL TRUCK (79,424 MILES) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 9. 4 OVERHEAD CRANES, SPRINKLER SYSTEM, MISCELLANEOUS | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 10. MISCELLANEOUS SLABS OF GRANITE | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 11. VOID    (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. Adversary Proceeding Settlement    (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 13. OTHER CONTINGENT CLAIMS | 56,434.11 | 56,434.11 | | 0.00 | FA |
| Claim against Euro Marble & Granite Installations, Inc. | | | | | |
| INT. Post-Petition Interest Deposits    (u) | 0.00 | N/A | | 0.17 | FA |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $2,194,866.63 | $1,286,077.54 | | $10,000.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

THE TRUSTEE WILL BEGIN PREPARING A FINAL REPORT.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/01/2010          Current Projected Date of Final Report (TFR): 04/30/2015

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 09-33341 | Trustee Name: Frances Gecker | |
| Case Name: CYBER SOLUTIONS INTERNATIONAL, INC. | Bank Name: Bank of America | |
| | Account Number/CD#: XXXXXX5595 | |
| | MONEY MARKET | |
| Taxpayer ID No: XX-XXX8637 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $2,500.00 | | $2,500.00 |
| 07/25/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $3,000.00 |
| 08/23/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $3,500.00 |
| 08/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $3,500.03 |
| 09/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $3,500.06 |
| 10/03/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $4,000.06 |
| 10/26/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $4,500.06 |
| 10/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,500.09 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.01 | $4,495.08 |
| 11/29/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $4,995.08 |
| 11/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,995.12 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.54 | $4,989.58 |
| 12/29/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.04 | | $4,989.62 |
| 12/29/11 | | Transfer to Acct # XXXXXX2293 | Bank Funds Transfer | 9999-000 | | $4,989.62 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.17 | $5,000.17 |
| Less: Bank Transfers/CD's | $0.00 | $4,989.62 |
| Subtotal | $5,000.17 | $10.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:    $5,000.17    $5,000.17

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-33341 | Trustee Name: | Frances Gecker |
| Case Name: | CYBER SOLUTIONS INTERNATIONAL, INC. | Bank Name: | Congressional Bank |
| | | Account Number/CD#: | XXXXXX2293 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX8637 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5595 | Bank Funds Transfer | 9999-000 | $4,989.62 | | $4,989.62 |
| 01/23/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $5,489.62 |
| 01/23/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $5,989.62 |
| 02/07/12 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | $5.79 | $5,983.83 |
| 03/01/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $6,483.83 |
| 03/23/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $6,983.83 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $6,983.83 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,989.62 | $6,989.62 |
| Less: Bank Transfers/CD's | $4,989.62 | $6,983.83 |
| Subtotal | $2,000.00 | $5.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,000.00 | $5.79 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $6,989.62          $6,989.62

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 09-33341 | Trustee Name: Frances Gecker |
| Case Name: CYBER SOLUTIONS INTERNATIONAL, INC. | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX6984 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX8637 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/04/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $6,983.83 | | $6,983.83 |
| 03/05/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $7,483.83 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $5.69 | $7,478.14 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $4.31 | $7,473.83 |
| 04/04/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $7,973.83 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.97 | $7,962.86 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.02 | $7,951.84 |
| 05/09/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $8,451.84 |
| 06/05/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $8,951.84 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.28 | $8,939.56 |
| 06/18/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $9,439.56 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.98 | $9,426.58 |
| 07/18/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $9,926.58 |
| 08/14/13 | | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $10,426.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*        Page Subtotals:        $10,483.83        $57.25

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-33341 | Trustee Name: | Frances Gecker |
| Case Name: | CYBER SOLUTIONS INTERNATIONAL, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX6984 |
| | | | GENERAL CHECKING |
| Taxpayer ID No: | XX-XXX8637 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/04/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/13 | 10000 | EURO MARBLE & GRANITE, INC. c/o Charles C. Harth and Associates, PC 10700 W. Higgins Suite 200 Rosemont, IL 60018 | Refund of overpayment | 2990-000 | | $500.00 | $9,926.58 |
| 08/12/14 | 10001 | CLERK OF THE U.S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET, 7TH FL. CHICAGO, ILLINOIS 60604 | Adversary Filing Fee Deferral Re: Frances Gecker, Trustee v. Euro Marble & Granite Installations, Inc. Case No. 11-A-01166 | 2700-000 | | $250.00 | $9,676.58 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $10,483.83 | $807.25 |
| Less: Bank Transfers/CD's | $6,983.83 | $0.00 |
| Subtotal | $3,500.00 | $807.25 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,500.00 | $807.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                                    Page Subtotals:           $0.00           $750.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2293 - GENERAL CHECKING | $2,000.00 | $5.79 | $0.00 |
| XXXXXX5595 - MONEY MARKET | $5,000.17 | $10.55 | $0.00 |
| XXXXXX6984 - GENERAL CHECKING | $3,500.00 | $807.25 | $9,676.58 |
| | $10,500.17 | $823.59 | $9,676.58 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,500.17 |
| Total Gross Receipts: | $10,500.17 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-33341-TAB  
Debtor Name: CYBER SOLUTIONS INTERNATIONAL, INC.  
Claims Bar Date: 12/2/2011  
Date: June 4, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 2700 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS 60604 | Administrative | | $0.00 | $250.00 | $250.00 |
| 1 2100 | FRANCES GECKER<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $1,800.02 | $1,800.02 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion: 2/1/12 TO 2/1/13 | $0.00 | $5.79 | $5.79 |
| 1 3210 | SCOTT C. KUNTZ<br>Kuntz & Kuntz | Administrative | | $0.00 | $5,333.33 | $5,333.33 |
| 100 3220 | SCOTT C. KUNTZ<br>Kuntz & Kuntz | Administrative | | $0.00 | $114.08 | $114.08 |
| 5A 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $69.25 | $69.25 |
| 1 70 7100 | SOVEREIGN BANK<br>C/O DENNIS A. DRESSLER<br>DRESSLER & PETERS LLC<br>111 W. WASHINGTON, STE. 1900<br>CHICAGO, IL 60602 | Unsecured | | $0.00 | $93,875.00 | $93,875.00 |
| 2 70 7100 | MACROLEASE CORPORATION<br>1 WEST AMES CT.<br>PLAINVIEW, NY 11803 | Unsecured | (2-1) EQUIPMENT LEASE | $0.00 | $62,499.60 | $62,499.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-33341-TAB  
Debtor Name: CYBER SOLUTIONS INTERNATIONAL, INC.  
Claims Bar Date: 12/2/2011

Date: June 4, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 70 7100 | COSMOS GRANITE & MARBLE<br>811 LIVELY BLVD.<br>WOOD DALE, IL 60191 | Unsecured | | $0.00 | $9,599.61 | $9,599.61 |
| 4 70 7100 | COLD SPRING GRANITE COMPANY<br>17482 GRANITE WEST RD<br>COLD SPRING, MN 56320 | Unsecured | | $0.00 | $20,181.59 | $20,181.59 |
| 5B 70 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Unsecured | | $0.00 | $389.88 | $389.88 |
| 6 70 7100 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA 98111-9221 | Unsecured | | $0.00 | $2,884.94 | $2,884.94 |
| 7 70 7100 | Amarnath Gowda, LL.B, JD<br>31275 Northwestern Hwy, Suite 140<br>Farmington, MI 48334 | Unsecured | | $64,985.00 | $53,340.00 | $53,340.00 |
| 8 70 7100 | AMERICAN EXPRESS TRAVEL RELATED SER<br>CO, INC CORP CARD<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | (8-1) CREDIT CARD DEBT | $0.00 | $35,959.55 | $35,959.55 |
| 9 70 7100 | PNC EQUIPMENT FINANCE, LLC<br>CANDENCE FREEDE<br>995 DALTON AVENUE<br>CINCINNATI, OH 45203 | Unsecured | (9-1) MODIFIED ON 11/2/11 TO CORRECT CREDITORS NAME(DW) | $0.00 | $35,845.36 | $35,845.36 |
| 10 70 7100 | MASTERPIECE INTERNATIONAL LTD.<br>39 BROADWAY, SUITE 1410<br>NEW YORK, NY 10006 | Unsecured | | $0.00 | $12,182.46 | $12,182.46 |
| 11 350 7200 | NOVAGRANITES INDIA LTD.<br>25A ATTIBELE INDL. AREA<br>ATTIBELE<br>KARNATAKA, 562107<br>INDIA | Unsecured | LATE FILED - INVALID | $0.00 | $308,981.16 | $308,981.16 |
| | Case Totals | | | $64,985.00 | $643,311.62 | $643,311.62 |

Page 2     Printed: June 4, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:09-33341-TAB  Date: June 4, 2015
Debtor Name: CYBER SOLUTIONS INTERNATIONAL, INC.
Claims Bar Date: 12/2/2011

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3  Printed: June 4, 2015

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-33341
Case Name: CYBER SOLUTIONS INTERNATIONAL, INC.
Trustee Name: Frances Gecker

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: FRANCES GECKER | $ | $ | $ |
| Attorney for Trustee Fees: SCOTT C. KUNTZ | $ | $ | $ |
| Attorney for Trustee Expenses: SCOTT C. KUNTZ | $ | $ | $ |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ | $ | $ |
| Other: INTERNATIONAL SURETIES LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____
    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors                         $_____

Remaining Balance                                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SOVEREIGN BANK | $ | $ | $ |
| 2 | MACROLEASE CORPORATION | $ | $ | $ |
| 3 | COSMOS GRANITE & MARBLE | $ | $ | $ |
| 4 | COLD SPRING GRANITE COMPANY | $ | $ | $ |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |
| 6 | ROUNDUP FUNDING, LLC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Amarnath Gowda, LL.B, JD | $ | $ | $ |
| 8 | AMERICAN EXPRESS TRAVEL RELATED SER | $ | $ | $ |
| 9 | PNC EQUIPMENT FINANCE, LLC | $ | $ | $ |
| 10 | MASTERPIECE INTERNATIONAL LTD. | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | NOVAGRANITES INDIA LTD. | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE