UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
CYBER SOLUTIONS INTERNATIONAL, § Case No. 09-33341
INC.
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　　　　Chicago, IL  60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/07/2015 in Courtroom 613 (Judge Barnes),
　　　　　　　　　　　　EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
　　　　　　　　　　　　219 S. DEARBORN STREET
　　　　　　　　　　　　CHICAGO, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/04/2015　　　　　　　　By: /s/  Frances Gecker
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee


*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CYBER SOLUTIONS INTERNATIONAL, § Case No. 09-33341
INC. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,500.17 |
| and approved disbursements of | $ | 823.59 |
| leaving a balance on hand of[1] | $ | 9,676.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: FRANCES GECKER | $ 1,800.02 | $ 0.00 | $ 1,800.02 |
| Attorney for Trustee Fees: SCOTT C. KUNTZ | $ 5,333.33 | $ 0.00 | $ 5,333.33 |
| Attorney for Trustee Expenses: SCOTT C. KUNTZ | $ 114.08 | $ 0.00 | $ 114.08 |
| Charges: CLERK OF THE U. S. BANKRUPTCY COURT | $ 250.00 | $ 250.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 5.79 | $ 5.79 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 7,247.43 |
| Remaining Balance | $ 2,429.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 69.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5A | ILLINOIS DEPARTMENT OF REVENUE | $ 69.25 | $ 0.00 | $ 69.25 |

| Total to be paid to priority creditors | $ 69.25 |
|---|---|
| Remaining Balance | $ 2,359.90 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 326,757.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | SOVEREIGN BANK | $ 93,875.00 | $ 0.00 | $ 677.98 |
| 2 | MACROLEASE CORPORATION | $ 62,499.60 | $ 0.00 | $ 451.38 |
| 3 | COSMOS GRANITE & MARBLE | $ 9,599.61 | $ 0.00 | $ 69.33 |
| 4 | COLD SPRING GRANITE COMPANY | $ 20,181.59 | $ 0.00 | $ 145.75 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | $ 389.88 | $ 0.00 | $ 2.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | ROUNDUP FUNDING, LLC | $ 2,884.94 | $ 0.00 | $ 20.84 |
| 7 | Amarnath Gowda, LL.B, JD | $ 53,340.00 | $ 0.00 | $ 385.23 |
| 8 | AMERICAN EXPRESS TRAVEL RELATED SER | $ 35,959.55 | $ 0.00 | $ 259.71 |
| 9 | PNC EQUIPMENT FINANCE, LLC | $ 35,845.36 | $ 0.00 | $ 258.88 |
| 10 | MASTERPIECE INTERNATIONAL LTD. | $ 12,182.46 | $ 0.00 | $ 87.98 |

Total to be paid to timely general unsecured creditors    $    2,359.90

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 308,981.16 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | NOVAGRANITES INDIA LTD. | $ 308,981.16 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-33341-TAB
Cyber Solutions International, Inc.                                   Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: corrinal              Page 1 of 2                   Date Rcvd: Jun 05, 2015
                                Form ID: pdf006             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2015.

```
db         +Cyber Solutions International, Inc.,   11410 Melrose Avenue,    Franklin Park, IL 60131-1325
14424501    AL Takadom Marble & Granite Factory,   PO Box 58043,    Riyadh, Saudi Arabia
14424510    ATA Freightline USA,   JFK International Airport,   Cargo Bldg. #75, Suite 216,
             Jamaica, NY 11430
14424502   +All State Insurance Company,   Home Office,   47 W. Dundee Road, Suite 2SE,
             Wheeling, IL 60090-4866
14424503   +Amarnath Gowda, LL.B, JD, P.C.,   31275 Northwestern Hwy, Suite 140,
             Farmington, MI 48334-2531
14424504   +American Express,   c/o Zwicker & Associates, PC,   80 Minuteman Road,    Andover, MA 01810-1008
14424505   +American Express,   PO Box 0001,   Los Angeles, CA 90096-8000
17959795    American Express Travel Related Services,   Co, Inc Corp Card,   c o Becket and Lee LLP,
             POB 3001,   Malvern, PA 19355-0701
14424506   +Ameritech,   PO Box 4520,   Carol Stream, IL 60197-4520
14424507   +Andrew Maxwell, Trustee of the,   Estate of March Capital First, Inc.,
             105 West Adams Street, Suite 3200,   Chicago, IL 60603-6209
14424508   +Ashwani Jaswal,   471 Podlin Drive,   Franklin Park, IL 60131-1007
14424511   +Blue Cross Blue Shield of Illinois,   Cash Receipts 4th Floor,   300 E. Randolph Street,
             Chicago, IL 60601-5099
14424512    Cold Spring Granite Company,   202 SS Third Avenue,   Cold Spring, MN 56320
14424513   +Cosmos Granite & Marble,   811 Lively Blvd.,   Wood Dale, IL 60191-1201
14424514   +David T.B. Audley,   Chapman & Cutler, LLP,   111 W. Monroe Street,   Chicago, IL 60603-4080
14424515   +Deepak Kukreti,   11410 Melrose Avenue,   Franklin Park, IL 60131-1325
14424516   +Euler Hermes,   333 Warrenville Road, #160,   Lisle, IL 60532-1498
14424517   +Expeditors,   1015 Third Avenue, 12th Floor,   Seattle, WA 98104-1190
14424518   +Expeditors,   849 Thomas Drive,   Bensenville, IL 60106-1626
14424519   +Expeditors Cargo Insurance Brokers,   1015 Third Ave., Twelfth Floor,   Seattle, WA 98104-1184
14424520   +Express One,   PO Box 902290,   Sandy, UT 84090-2290
14424521   +Gramic Grantos,   c/o Cofac Collections North America,   PO Box 8510,   Metairie, LA 70011-8510
14424523   +Harris Bank,   50 South Lincoln Street,   Hinsdale, IL 60521-4065
14424522   +Harris Bank,   PO Box 2880,   Chicago, IL 60690-2880
14424524   +Harris Bank, N.A.,   PO Box 94033,   Palatine, IL 60094-4033
14424525    Horton Insurance Agency,   13300 John Humphrey Drive,   Orland Park, IL 60462
17868984    Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
14424526   +Illinois Department of Revenue,   PO Box 19008,   Springfield, IL 62794-9008
14424527   +Illinois Department of Revenue,   PO Box 19045,   Springfield, IL 62794-9045
14424528    Industria D Marr Pedra,   Rod. BR 101, KM 393, S/N Perimetral,   Rio Novo Do Sul ES - Brazil
14424531    LaSalle Bank,   Glen Ellyn, IL 60137
14424532    Mamirossi S.P.A.,   37010 Cavalon,   Loc Mon Telano Zi, Italy
14424534   +Masterpiece International, Ltd.,   39 Broadway, Suite 1410,   New York, NY 10006-3085
14424535    Midwest Granite Private, Ltd.,   8-2-684/3/25 & 26, Road #12,
             Banjara Hills, Hyderabad, AP 500034,   India
14424537    Novagranites India, Ltd.,   25A Attibele Indl. Area,   Attibele, Karnataka, 562107 India
14424538    Opusasia Technologies,   8-2-684/3/25 & 26, Road #12,   Banjara Hills, Hyderabad, AP,
             500034 India
14424539    P.R.P. Exports,   Therukutheru Village, Melur Taluk,   Madhurai, TN,   625122 India
17991732   +PNC Equipment Finance, LLC,   Candence Freede,   995 Dalton Avenue,   Cincinnati, OH 45203-1101
14424540    Pallava Granite Industries,   No. 10 Sriram Nagar,   North Street, Alwarpet,
             Chennai -TN -600018 India
14424541   +Pedra Do Frade Ltd Espirito Santo,   c/o House of Adjustments, Inc.,   715 Manaroneck Avenue,
             Mamaroneck, NY 10543-1928
14424542    Quanzhog Zhongya Stone Industry Co.,   Area of Economic technique Dev.,   Quanzhou,
             Fujian, China
14424543    Reliance Granite Private, Ltd.,   India
14424544    Saree Online,   8-2-684/3/25 & 26, Road #12,   Banjara Hills, Hyderabad, AP,   500034 India
14424545    South Asia Granite & Marble,   Bepz Walgama Pomalwana Blyagama,   Srilanka
15098271   +Sovereign Bank,   111 W Washington Street suite 1900,   Chicago,IL 60602-2713
15089058   +Sovereign Bank,   c/o Dennis A. Dressler,   Dressler & Peters LLC,
             111 W. Washington, Ste. 1900,   Chicago, IL 60602-2713
14424547   +Stone Fair New Jersey, Inc.,   439 Route 17 North,   Carlstadt, NJ 07072-1232
14424548   +Stone Fair, Inc.,   11410 Melrose Avenue,   Franklin Park, IL 60131-1325
14424549   +Travelers,   One Tower Square,   Remittance Box 12787,   Hartford, CT 06183-0001
14424551    Vib-O Commercial Import, Ltd.,   Rua Jose Alexandre Buaiz,   160 Sala 1005,   Vitoria, Brazil
14424552    Victorian Granites Private, Ltd.,   8-2-684/3/25 & 26, Road #12,   Banjara Hills, Hyderabad, AP,
             500034 India
14424553   +Yengisetty Rama Chandrudu,   7301 S. Woodward Ave., Apt. 112,   Woodridge, IL 60517-2507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14424509   +E-mail/Text: g20956@att.com Jun 06 2015 00:21:46     AT&T Mobility,   PO Box 6463,
             Carol Stream, IL 60197-6463
17801766   +E-mail/Text: rhemmesch@coldspringgranite.com Jun 06 2015 00:21:27
             Cold Spring Granite Company,   17482 Granite West Rd,   Cold Spring, MN 56320-4578
14424529    E-mail/Text: cio.bncmail@irs.gov Jun 06 2015 00:10:18     Internal Revenue Service,
             IRS Center,   Kansas City, MO 64999
```

```
District/off: 0752-1          User: corrinal              Page 2 of 2                   Date Rcvd: Jun 05, 2015
                              Form ID: pdf006             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14424533       +E-mail/Text: BKRMailOps@weltman.com Jun 06 2015 00:10:54      Masterpiece International, Ltd,
                 c/o Weltman Weinberg & Reis, LPA,    175 S. Third Street, Suite 900,    Columbus, OH 43215-5166
14424536       +E-mail/Text: bankrup@aglresources.com Jun 06 2015 00:09:59      Nicor Gas,    PO Box 416,
                 Aurora, IL 60568-0001
17878899        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2015 00:18:23
                 Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14424546       +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jun 06 2015 00:11:03
                 State Farm Insurance,    2702 Ireland Grove Road,    Bloomington, IL 61709-0002
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty                    Frank/Gecker LLP
14424530*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Mail Stop 5010 CHI,
                 230 South Dearborn Street,    Chicago, IL 60604)
15576375      ##+Macrolease Corporation,    1 West Ames Ct.,    Plainview, NY 11803-2328
14424550      ##+Universal Granite & Marble,    1712 N. Aurora Road,    Naperville, IL 60563-4123
                                                                                      TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2015 at the address(es) listed below:
```
              Carly   Jones    on behalf of Creditor    Harris N.A. cmjones@chapman.com
              Christian J. Jorgensen    on behalf of Creditor    Sovereign Bank jorgensen@dresslerpeters.com,
               rmccandless@dresslerpeters.com
              David   Audley    on behalf of Creditor    Harris N.A. audley@chapman.com, benz@chapman.com
              Dennis A Dressler    on behalf of Creditor    Sovereign Bank ddressler@dresslerpeters.com
              Frances   Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Lester A Ottenheimer, III    on behalf of Debtor    Cyber Solutions International, Inc.
               lottenheimer@olawgroup.com, nfishkin@olawgroup.com
              Michael T. Benz    on behalf of Creditor    Harris N.A. benz@chapman.com, eickmann@chapman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Vincent T Borst    on behalf of Creditor    PNCEF, LLC d/b/a PNC Equipment Finance f/k/a National
               City Commercial Capital Company, LLC vborst@rsplaw.com
              William   Cross    on behalf of Plaintiff Frances   Gecker wcross@fslegal.com
              Zane L Zielinski    on behalf of Plaintiff Frances   Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
                                                                                             TOTAL: 12
```