# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

In re:                                             §
                                                   §
CYBER SOLUTIONS INTERNATIONAL, §          Case No. 09-33341
INC.                                               §
                                                   §
              Debtor(s)                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,194,866.63<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  2,429.15 | Claims Discharged<br>Without Payment:  NA |
| Total Expenses of Administration:  8,071.02 | |

3) Total gross receipts of $ 10,500.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,500.17  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,120,985.45 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,071.02 | 8,071.02 | 8,071.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,858.09 | 69.25 | 69.25 | 69.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,390,969.83 | 635,739.15 | 635,739.15 | 2,359.90 |
| **TOTAL DISBURSEMENTS** | $ 4,519,813.37 | $ 643,879.42 | $ 643,879.42 | $ 10,500.17 |

4)  This case was originally filed under chapter 7 on  09/09/2009 .  The case was pending for 74 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/25/2015                          By:/s/Frances Gecker

                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Adversary Proceeding Settlement | 1249-000 | 10,000.00 |
| Other Litigation/Settlements | 1249-000 | 500.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,500.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David T.B. Audley Chapman & Cutler, LLP 111 W. Monroe Street Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank PO Box 2880 Chicago, IL 60690 | | 918,789.09 | NA | NA | 0.00 |
| | Harris Bank, N.A. PO Box 94033 Palatine, IL 60094 | | 1,202,196.36 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 2,120,985.45** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | 2100-000 | NA | 1,800.02 | 1,800.02 | 1,800.02 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 5.79 | 5.79 | 5.79 |
| BANK OF AMERICA | 2600-000 | NA | 10.55 | 10.55 | 10.55 |
| Bank of New York Mellon | 2600-000 | NA | 57.25 | 57.25 | 57.25 |
| CLERK OF THE U. S. BANKRUPTCY COURT | 2700-000 | NA | 250.00 | 250.00 | 250.00 |
| c/o Charles C. Harth and Associates, PC 10700 W. Higgins Suite 200 Rosemont, IL 60018 | 2990-000 | NA | 500.00 | 500.00 | 500.00 |
| SCOTT C. KUNTZ | 3210-000 | NA | 5,333.33 | 5,333.33 | 5,333.33 |
| SCOTT C. KUNTZ | 3220-000 | NA | 114.08 | 114.08 | 114.08 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,071.02 | $ 8,071.02 | $ 8,071.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue PO Box 19008 Springfield, IL 62794 | | 1,182.68 | NA | NA | 0.00 |
| | Illinois Department of Revenue PO Box 19045 Springfield, IL 62794 | | 4,718.28 | NA | NA | 0.00 |
| | Internal Revenue Service IRS Center Kansas City, MO 64999 | | 1,957.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 South Dearborn Street Chicago, IL 60604 | | 0.00 | NA | NA | 0.00 |
| 5A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 69.25 | 69.25 | 69.25 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 7,858.09 | $ 69.25 | $ 69.25 | $ 69.25 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AL Takadom Marble & Granite Factory PO Box 58043 Riyadh, Saudi Arabia | | 37,056.92 | NA | NA | 0.00 |
| | All State Insurance Company Home Office 47 W. Dundee Road, Suite 2SE Wheeling, IL 60090 | | 6,912.08 | NA | NA | 0.00 |
| | American Express c/o Zwicker & Associates, PC 80 Minuteman Road Andover, MA 01810 | | 2,147.13 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Zwicker & Associates, PC 80 Minuteman Road Andover, MA 01810 | | 604.50 | NA | NA | 0.00 |
| | American Express c/o Zwicker & Associates, PC 80 Minuteman Road Andover, MA 01810 | | 116.80 | NA | NA | 0.00 |
| | Ameritech PO Box 4520 Carol Stream, IL 60197 | | 5,548.74 | NA | NA | 0.00 |
| | Andrew Maxwell, Trustee of the Estate of March Capital First, Inc. 105 West Adams Street, Suite 3200 Chicago, IL 60603 | | 59,210.24 | NA | NA | 0.00 |
| | ATA Freightline USA JFK International Airport Cargo Bldg. #75, Suite 216 Jamaica, NY 11430 | | 900.00 | NA | NA | 0.00 |
| | Blue Cross Blue Shield of Illinois Cash Receipts 4th Floor 300 E. Randolph Street Chicago, IL 60601 | | 700.53 | NA | NA | 0.00 |
| | Euler Hermes 333 Warrenville Road, #160 Lisle, IL 60532 | | 7,420.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Expeditors 1015 Third Avenue, 12th Floor Seattle, WA 98104 | | 2,682.49 | NA | NA | 0.00 |
| | Expeditors 1015 Third Avenue, 12th Floor Seattle, WA 98104 | | 9,237.82 | NA | NA | 0.00 |
| | Expeditors 1015 Third Avenue, 12th Floor Seattle, WA 98104 | | 11,625.27 | NA | NA | 0.00 |
| | Expeditors 849 Thomas Drive Bensenville, IL 60106 | | 3,570.69 | NA | NA | 0.00 |
| | Expeditors Cargo Insurance Brokers 1015 Third Ave., Twelfth Floor Seattle, WA 98104 | | 3,172.66 | NA | NA | 0.00 |
| | Express One PO Box 902290 Sandy, UT 84090 | | 351.41 | NA | NA | 0.00 |
| | Gramic Grantos c/o Cofac Collections North America PO Box 8510 Metairie, LA 70011 | | 15,931.30 | NA | NA | 0.00 |
| | Harris Bank 50 South Lincoln Street Hinsdale, IL 60521 | | 638,468.76 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Horton Insurance Agency 13300 John Humphrey Drive Orland Park, IL 60462 | | 621.00 | NA | NA | 0.00 |
| | Industria D Marr Pedra Rod. BR 101, KM 393, S/N Perimetral Rio Novo Do Sul ES - Brazil | | 16,432.37 | NA | NA | 0.00 |
| | LaSalle Bank Glen Ellyn, IL 60137 | | 20,000.00 | NA | NA | 0.00 |
| | Mamirossi S.P.A. 37010 Cavalon Loc Mon Telano Zi, Italy | | 188,679.85 | NA | NA | 0.00 |
| | Masterpiece International, Ltd c/o Weltman Weinberg & Reis, LPA 175 S. Third Street, Suite 900 Columbus, OH 43215 | | 12,182.46 | NA | NA | 0.00 |
| | Midwest Granite Private, Ltd. 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 25,000.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 416 Aurora, IL 60568 | | 470.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas PO Box 416 Aurora, IL 60568 | | 665.89 | NA | NA | 0.00 |
| | Opusasia Technologies 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 39,000.00 | NA | NA | 0.00 |
| | Opusasia Technologies 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 70,800.00 | NA | NA | 0.00 |
| | Opusasia Technologies 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 70,600.00 | NA | NA | 0.00 |
| | Opusasia Technologies 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 139,218.00 | NA | NA | 0.00 |
| | Opusasia Technologies 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 37,000.00 | NA | NA | 0.00 |
| | P.R.P. Exports Therukutheru Village, Melur Taluk Madhurai, TN 625122 India | | 409,126.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pallava Granite Industries No. 10 Sriram Nagar North Street, Alwarpet Chennai -TN - 600018 India | | 20,872.01 | NA | NA | 0.00 |
| | Pedra Do Frade Ltd Espirito Santo c/o House of Adjustments, Inc. 715 Manaroneck Avenue Mamaroneck, NY 10543 | | 17,527.42 | NA | NA | 0.00 |
| | Quanzhog Zhongya Stone Industry Co. Area of Economic technique Dev. Quanzhou Fujian, China | | 54,080.72 | NA | NA | 0.00 |
| | Saree Online 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 137,853.76 | NA | NA | 0.00 |
| | South Asia Granite & Marble Bepz Walgama Pomalwana Blyagama Srilanka | | 24,227.10 | NA | NA | 0.00 |
| | South Asia Granite & Marble Bepz Walgama Pomalwana Blyagama Srilanka | | 33,090.00 | NA | NA | 0.00 |
| | State Farm Insurance 2702 Ireland Grove Road Bloomington, IL 61709 | | 1,025.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stone Fair New Jersey, Inc. 439 Route 17 North Carlstadt, NJ 07072 | | 5,670.00 | NA | NA | 0.00 |
| | Stone Fair, Inc. 11410 Melrose Avenue Franklin Park, IL 60131 | | 96,690.00 | NA | NA | 0.00 |
| | Travelers One Tower Square Remittance Box 12787 Hartford, CT 06183 | | 258.00 | NA | NA | 0.00 |
| | Universal Granite & Marble 1712 N. Aurora Road Naperville, IL 60563 | | 5,271.96 | NA | NA | 0.00 |
| | Vib-O Commercial Import, Ltd. Rua Jose Alexandre Buaiz 160 Sala 1005 Vitoria, Brazil | | 15,682.78 | NA | NA | 0.00 |
| | Victorian Granites Private, Ltd. 8-2-684/3/25 & 26, Road #12 Banjara Hills, Hyderabad, AP 500034 India | | 16,560.92 | NA | NA | 0.00 |
| | Yengisetty Rama Chandrudu 7301 S. Woodward Ave., Apt. 112 Woodridge, IL 60517 | | 592.00 | NA | NA | 0.00 |
| 7 | Amarnath Gowda LLB JD | 7100-000 | 64,985.00 | 53,340.00 | 53,340.00 | 385.23 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | AMERICAN EXPRESS TRAVEL RELATED SER | 7100-000 | 22,150.13 | 35,959.55 | 35,959.55 | 259.71 |
| 4 | COLD SPRING GRANITE COMPANY | 7100-000 | 19,580.76 | 20,181.59 | 20,181.59 | 145.75 |
| 3 | COSMOS GRANITE & MARBLE | 7100-000 | 6,461.38 | 9,599.61 | 9,599.61 | 69.33 |
| 2 | MACROLEASE CORPORATION | 7100-000 | NA | 62,499.60 | 62,499.60 | 451.38 |
| 10 | MASTERPIECE INTERNATIONAL LTD. | 7100-000 | 11,750.51 | 12,182.46 | 12,182.46 | 87.98 |
| 9 | PNC EQUIPMENT FINANCE, LLC | 7100-000 | NA | 35,845.36 | 35,845.36 | 258.88 |
| 6 | ROUNDUP FUNDING, LLC | 7100-000 | 1,185.19 | 2,884.94 | 2,884.94 | 20.84 |
| 1 | SOVEREIGN BANK | 7100-000 | NA | 93,875.00 | 93,875.00 | 677.98 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | 7100-001 | NA | 389.88 | 389.88 | 2.82 |
| 11 | NOVAGRANITES INDIA LTD. | 7200-000 | 0.00 | 308,981.16 | 308,981.16 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,390,969.83 | $ 635,739.15 | $ 635,739.15 | $ 2,359.90 |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 09-33341 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CYBER SOLUTIONS INTERNATIONAL, INC. | | | | Date Filed (f) or Converted (c): | 09/09/2009 (f) |
| | | | | | 341(a) Meeting Date: | 10/22/2009 |
| For Period Ending: | 09/25/2015 | | | | Claims Bar Date: | 12/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  COMMERCIAL PROPERTY: 471 PODLIN DRIVE, FRANKLIN PA | 1,000,000.00 | 81,210.91 | | 0.00 | FA |
| 2.  CHECKING ACCOUNT - HARRIS BANK | 400.00 | 400.00 | | 0.00 | FA |
| 3.  CHECKING ACCOUNT - BANK OF AMERCA | 100.00 | 100.00 | | 0.00 | FA |
| 4.  2 COMPUTERS, PRINTERS AND MONITORS, 2 GRANITE DESK | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5.  ACCOUNTS RECEIVABLE | 930,932.52 | 930,932.52 | | 0.00 | FA |
| 6.  2008 TAX RETURN NOT YET FILED | Unknown | 0.00 | | 0.00 | FA |
| 7.  2005 FORD TRUCK (57,000 MILES) | 25,000.00 | 25,000.00 | | 0.00 | FA |
| 8.  2000 INTERNATIONAL TRUCK (79,424 MILES) | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 9.  4 OVERHEAD CRANES, SPRINKLER SYSTEM, MISCELLANEOUS | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 10.  MISCELLANEOUS SLABS OF GRANITE | 100,000.00 | 100,000.00 | | 0.00 | FA |
| 11.  VOID                          (u) | Unknown | 0.00 | | 0.00 | FA |
| 12.  Adversary Proceeding Settlement          (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 13.  OTHER CONTINGENT CLAIMS   Claim against Euro Marble & Granite Installations, Inc. | 56,434.11 | 56,434.11 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits          (u) | 0.00 | N/A | | 0.17 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,194,866.63 | $1,286,077.54 | | $10,000.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A FINAL REPORT HAS BEEN FILED IN THIS CASE.

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/01/2010          Current Projected Date of Final Report (TFR): 04/30/2015

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-33341
Case Name: CYBER SOLUTIONS INTERNATIONAL, INC.

Taxpayer ID No: XX-XXX8637
For Period Ending: 09/25/2015

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1830
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx6984 | Transfer of Funds | 9999-000 | $9,676.58 | | $9,676.58 |
| 07/08/15 | 5001 | FRANCES GECKER 325 N. LaSalle Street Suite 625 Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,800.02 | $7,876.56 |
| 07/08/15 | 5002 | SCOTT C. KUNTZ Kuntz & Kuntz | Distribution | | | $5,447.41 | $2,429.15 |
| | | SCOTT C. KUNTZ | Final distribution representing a payment of 100.00 % per court order. ($5,333.33) | 3210-000 | | | |
| | | SCOTT C. KUNTZ | Final distribution representing a payment of 100.00 % per court order. ($114.08) | 3220-000 | | | |
| 07/08/15 | 5003 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION P.O. BOX 64338 CHICAGO, IL 60664-0338 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | 5800-000 | | $69.25 | $2,359.90 |
| 07/08/15 | 5004 | SOVEREIGN BANK C/O DENNIS A. DRESSLER DRESSLER & PETERS LLC 111 W. WASHINGTON, STE. 1900 CHICAGO, IL 60602 | Final distribution to claim 1 representing a payment of 0.72 % per court order. | 7100-000 | | $677.98 | $1,681.92 |
| 07/08/15 | 5005 | MACROLEASE CORPORATION 1 WEST AMES CT. PLAINVIEW, NY 11803 | Final distribution to claim 2 representing a payment of 0.72 % per court order. | 7100-000 | | $451.38 | $1,230.54 |
| 07/08/15 | 5006 | COSMOS GRANITE & MARBLE 811 LIVELY BLVD. WOOD DALE, IL 60191 | Final distribution to claim 3 representing a payment of 0.72 % per court order. | 7100-000 | | $69.33 | $1,161.21 |
| 07/08/15 | 5007 | COLD SPRING GRANITE COMPANY 17482 GRANITE WEST RD COLD SPRING, MN 56320 | Final distribution to claim 4 representing a payment of 0.72 % per court order. | 7100-000 | | $145.75 | $1,015.46 |
| 07/08/15 | 5008 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $2.82 | $1,012.64 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page Subtotals:   $9,676.58   $8,663.94

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 09-33341
Case Name: CYBER SOLUTIONS INTERNATIONAL, INC.

Trustee Name: Frances Gecker
Bank Name: Associated Bank
Account Number/CD#: XXXXXX1830
Checking

Taxpayer ID No: XX-XXX8637
For Period Ending: 09/25/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | 5009 | ROUNDUP FUNDING, LLC<br>MS 550<br>PO BOX 91121<br>SEATTLE, WA  98111-9221 | Final distribution to claim 6 representing a payment of 0.72 % per court order. | 7100-000 | | $20.84 | $991.80 |
| 07/08/15 | 5010 | Amarnath Gowda LLB JD<br>32871 Middlebelt Road, Suite 100<br>Farmington Hills, MI  48334 | Final distribution to claim 7 representing a payment of 0.72 % per court order. | 7100-000 | | $385.23 | $606.57 |
| 07/08/15 | 5011 | AMERICAN EXPRESS TRAVEL RELATED SER<br>CO, INC CORP CARD<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Final distribution to claim 8 representing a payment of 0.72 % per court order. | 7100-000 | | $259.71 | $346.86 |
| 07/08/15 | 5012 | PNC EQUIPMENT FINANCE, LLC<br>CANDENCE FREEDE<br>995 DALTON AVENUE<br>CINCINNATI, OH  45203 | Final distribution to claim 9 representing a payment of 0.72 % per court order. | 7100-000 | | $258.88 | $87.98 |
| 07/08/15 | 5013 | MASTERPIECE INTERNATIONAL LTD.<br>39 BROADWAY, SUITE 1410<br>NEW YORK, NY  10006 | Final distribution to claim 10 representing a payment of 0.72 % per court order. | 7100-000 | | $87.98 | $0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | $9,676.58 | $9,676.58 | |
| Less: Bank Transfers/CD's | | $9,676.58 | $0.00 | |
| Subtotal | | $0.00 | $9,676.58 | |
| Less: Payments to Debtors | | $0.00 | $0.00 | |
| Net | | $0.00 | $9,676.58 | |

Page Subtotals:                    $0.00          $1,012.64

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-33341

Case Name: CYBER SOLUTIONS INTERNATIONAL, INC.

Taxpayer ID No: XX-XXX8637

For Period Ending: 09/25/2015

Trustee Name: Frances Gecker

Bank Name: Bank of America

Account Number/CD#: XXXXXX5595

MONEY MARKET

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $2,500.00 | | $2,500.00 |
| 07/25/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $3,000.00 |
| 08/23/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $3,500.00 |
| 08/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $3,500.03 |
| 09/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $3,500.06 |
| 10/03/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $4,000.06 |
| 10/26/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $4,500.06 |
| 10/31/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.03 | | $4,500.09 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.01 | $4,495.08 |
| 11/29/11 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL  60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $4,995.08 |
| 11/30/11 | INT | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | $0.04 | | $4,995.12 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | $5.54 | $4,989.58 |
| 12/29/11 | INT | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | $0.04 | | $4,989.62 |
| 12/29/11 | | Transfer to Acct # XXXXXX2293 | Bank Funds Transfer | 9999-000 | | $4,989.62 | $0.00 |

| | | | COLUMN TOTALS | $5,000.17 | $5,000.17 |
|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | $0.00 | $4,989.62 |
| | | | Subtotal | $5,000.17 | $10.55 |
| | | | Less: Payments to Debtors | $0.00 | $0.00 |
| | | | Page Subtotals: | $5,000.17 | $5,000.17 |

Case 09-33341    Doc 67    Filed 10/20/15    Entered 10/20/15 14:37:31    Desc Main
Document      Page 19 of 23

$9,000.77      $10.55

Exhibit 9

Case 09-33341   Doc 67   Filed 10/20/15   Entered 10/20/15 14:37:31   Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document   Page 20 of 23

Case No: 09-33341

Case Name: CYBER SOLUTIONS INTERNATIONAL, INC.

Taxpayer ID No: XX-XXX8637

For Period Ending: 09/25/2015

Trustee Name: Frances Gecker

Bank Name: Congressional Bank

Account Number/CD#: XXXXXX2293

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/29/11 | | Transfer from Acct # XXXXXX5595 | Bank Funds Transfer | 9999-000 | $4,989.62 | | $4,989.62 |
| 01/23/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $5,489.62 |
| 01/23/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $5,989.62 |
| 02/07/12 | 1000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BLANKET BOND #016026455 2/1/12 TO 2/1/13 | 2300-000 | | $5.79 | $5,983.83 |
| 03/01/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $6,483.83 |
| 03/23/12 | 12 | EURO MARBLE & GRANITE, INC. 4552 Ruby StreetSchiller Park, IL 60176 | Adversary Settlement | 1249-000 | $500.00 | | $6,983.83 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $6,983.83 | $0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | $6,989.62 | $6,989.62 |
| Less: Bank Transfers/CD's | | $4,989.62 | $6,983.83 |
| Subtotal | | $2,000.00 | $5.79 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $2,000.00 | $5.79 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:                 $6,989.62    $6,989.62

## FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-33341

Case Name: CYBER SOLUTIONS INTERNATIONAL, INC.

Taxpayer ID No: XX-XXX8637

For Period Ending: 09/25/2015

Trustee Name: Frances Gecker

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX6984

GENERAL CHECKING

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $6,983.83 | | $6,983.83 |
| 03/05/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL 60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $7,483.83 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $5.69 | $7,478.14 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $4.31 | $7,473.83 |
| 04/04/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL 60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $7,973.83 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.97 | $7,962.86 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $11.02 | $7,951.84 |
| 05/09/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL 60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $8,451.84 |
| 06/05/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL 60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $8,951.84 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.28 | $8,939.56 |
| 06/18/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL 60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $9,439.56 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $12.98 | $9,426.58 |
| 07/18/13 | 12 | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL 60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $9,926.58 |
| 08/14/13 | | EURO MARBLE & GRANITE, INC. 4552 RUBY STREETSCHILLER PARK, IL 60176 | ADVERSARY SETTLEMENT | 1249-000 | $500.00 | | $10,426.58 |

Page Subtotals:    $10,483.83    $57.25

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 09-33341 | | | | | | |
| Case Name: CYBER SOLUTIONS INTERNATIONAL, INC. | | | Trustee Name: Frances Gecker | | | |
| | | | Bank Name: The Bank of New York Mellon | | | |
| | | | Account Number/CD#: XXXXXX6984 | | | |
| | | | GENERAL CHECKING | | | |
| Taxpayer ID No: XX-XXX8637 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 09/25/2015 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/21/13 | 10000 | EURO MARBLE & GRANITE, INC. c/o Charles C. Harth and Associates, PC10700 W. HigginsSuite 200Rosemont, IL 60018 | Refund of overpayment | 2990-000 | | $500.00 | $9,926.58 |
| 08/12/14 | 10001 | CLERK OF THE U.S. BANKRUPTCY COURT CLERK OF THE U.S. BANKRUPTCY COURT219 S. DEARBORN STREET, 7TH FL.CHICAGO, ILLINOIS 60604 | Adversary Filing Fee Deferral Re: Frances Gecker, Trustee v. Euro Marble & Granite Installations, Inc. Case No. 11-A-01166 | 2700-000 | | $250.00 | $9,676.58 |
| 07/08/15 | | Transfer to Acct # xxxxxx1830 | Transfer of Funds | 9999-000 | | $9,676.58 | $0.00 |

| | | COLUMN TOTALS | $10,483.83 | $10,483.83 |
|---|---|---|---|---|
| | | Less: Bank Transfers/CD's | $6,983.83 | $9,676.58 |
| | | Subtotal | $3,500.00 | $807.25 |
| | | Less: Payments to Debtors | $0.00 | $0.00 |
| | | Net | $3,500.00 | $807.25 |

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*

Page Subtotals:                    $0.00          $10,426.58

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1830 - Checking | $0.00 | $9,676.58 | $0.00 |
| XXXXXX2293 - GENERAL CHECKING | $2,000.00 | $5.79 | $0.00 |
| XXXXXX5595 - MONEY MARKET | $5,000.17 | $10.55 | $0.00 |
| XXXXXX6984 - GENERAL CHECKING | $3,500.00 | $807.25 | $0.00 |
| | $10,500.17 | $10,500.17 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $10,500.17 | |
| Total Gross Receipts: | $10,500.17 | |

Page Subtotals:                    $0.00              $0.00